# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENEEN L. B., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | NO. CV 20-7089-MCS(E) <br><br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that the Judgment is entered in favor of Defendant.

DATED: October 25, 2021         .

*/s/ Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE